UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
G.S. and D.S., individually and on behalf of S.S.,
A Student with a Disability,

                    Plaintiffs,

          -against-

PLEASANTVILLE UNION FREE SCHOOL
DISTRICT,
                    Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2020

19 CIVIL 6508 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 10, 2020, Defendant's motion is GRANTED IN PART and DENIED IN PART, and Plaintiffs' cross-motion is GRANTED IN PART and DENIED IN PART. The SRO correctly found that the District did not engage in predetermination, and her decision to that end is affirmed. The SRO did, however, err in finding Plaintiffs to have waived their substantive FAPE claims by not cross-appealing from the IHO's decision to not address them. Accordingly, Plaintiffs' substantive FAPE claims are remanded to the IHO to decide in the first instance; accordingly, the case is closed.

**Dated:** New York, New York
            August 10, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                            **BY:**

                                                  **Deputy Clerk**